**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 26, 2005

**Before**

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

Nos. 02-4222 & 02-4224

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeals from the United States |
|      *Plaintiff-Appellee*, | District Court for the |
| | Central District of Illinois |
|   *v.* | |
| | No. 00-CR-30021 |
| ROBERT T. MITRIONE and | |
| MARLA A. DEVORE, | Jeanne E. Scott, |
|      *Defendants-Appellants.* | *Judge.* |

**O R D E R**

After our limited remand under United States v. Paladino, 401 F.3d 471, 483-84 (7th Cir. 2005), the district judge concluded, unequivocally, that knowledge about the advisory status of the sentencing guidelines would not have affected her decision.  She would have imposed the same sentence as originally imposed on both Robert Mitrione and Marla DeVore.  Those sentences, we conclude, could not be viewed as unreasonable.  Accordingly, the defendants' objections to their sentences are rejected, and the judgments under appeal are AFFIRMED.